OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

| | | |
|---|---|---|
| Edward T. Gignoux U.S. Courthouse<br>156 Federal Street<br>Portland, Maine 04101<br>(207) 780-3356 |  | Margaret Chase Smith Federal<br>Building and U.S. Courthouse<br>202 Harlow Street<br>Bangor, Maine 04401<br>(207) 945-0575 |

September 6, 2023

John Anthony Castro
12 Park Place
Mansfield, TX 76063

RE:   1:23-cv-00335-JAW
      Castro v. Secretary of State, Shenna Bellows et al

Dear Mr. Castro:

The Court is in receipt of your complaint and filing fee submitted on 9/5/2023. Enclosed please find "Guidance Concerning Service of Process" which can be found on the Courts website at www.med.uscourts.gov under the tab "Representing Yourself".

Please also refer to Rule 4 of the Federal Rules of Civil Procedure regarding service.

Sincerely,

CHRISTA K. BERRY, CLERK


By: /s/ Joanne Deering
    Deputy Clerk

Enc.